■ PASQUALLENA BRISEBOIS, Appellant, v GASTON W. BRISEBOIS, Respondent.—Motion to dismiss appeal as untimely taken granted, without costs (see, Siegel v Obes, 112 AD2d 930; Hess v Tyszko, 46 AD2d 980; Hendry v Hilton, 283 App Div 168). Mahoney, P. J., Kane, Main, Casey and Weiss, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER KEARNEY, Petitioner, v EUGENE S. LEFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied (see, People ex rel. Davis v Coombe, 97 AD2d 667). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.